CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 8 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH ALAN RAHN,<br>    Plaintiff, | )  Civil Action No. 7:11-cv-00563<br>)<br>) |
| v. | )  **ORDER**<br>) |
| EARL BARKSDALE, et al.,<br>    Defendants. | )  By: Hon. Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___8th___ day of December, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge